and argument would not aid the decisional process.

*AFFIRMED.*

**Mark A. PANOWICZ, Plaintiff–Appellant,**

v.

**SPRINT NEXTEL CORPORATION; Sharon L. Hancock, in individual capacity; Sharon L. Hancock, Clerk of the Court, Circuit Court for Charles County (in official capacity), Defendants–Appellees.**

No. 11–1051.

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2011.

Decided: July 5, 2011.

Mark A. Panowicz, Appellant Pro Se. Ronda Brown Esaw, McGuirewoods, LLP, McLean, Virginia; Hugh Scott Curtis, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark A. Panowicz appeals the district court's order dismissing with prejudice his civil complaint for lack of personal jurisdiction and failure to state a claim. *See* Fed.R.Civ.P. 12(b)(2), (b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court at the hearing held on September 24, 2010. *Panowicz v. Sprint Nextel Corp.,* No. 1:10–cv–00259–LO–TCB (E.D. Va. Dec. 17, 2010; *see* Mot. Hr'g 15–22, ECF No. 36). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Daniel E. HEILY; Warren Heily; C.M. Welch, Plaintiffs–Appellants,**

v.

**WOODCREST PROPERTIES, (partnership); General Partner, Woodcrest Properties; GVK Ventures, (Partnership); General Partner GVK Ventures; James D Todd; Houstin I Todd; V–K Properties, Inc.; Paul P. Vames, President, V–K Properties, Inc.; Ruth T Edwards, Secretary/Treasurer V–K**

Properties, Inc.; **Stuanhope Proper-ties, L.L.C.; V–K Properties of Virginia, (Partnership); General Partner, V–K Properties of Virginia; Sally Vent; Englewood Apartments, Defendants–Appellees.**

No. 11–1062.

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2011.

Decided: July 5, 2011.

Daniel E. Heily; Warren Heily; C.M. Welch, Appellants Pro Se. William Entenmann Shmidheiser, III, Lenhart & Obenshain, PC, Harrisonburg, VA, for Appellees.

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel E. Heily, Warren Heily, and C.M. Welch appeal the district court's order dismissing their civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Heily v. Woodcrest Properties*, No. 5:10–cv–00094–gec (W.D.Va. Dec. 16, 2010). We deny Appellants' motions to strike Appellees' brief and to recuse their attorney. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*